WILLIAM W. KOUWENHOVEN et al., Appellants, *v.* NEW YORK RAPID TRANSIT CORPORATION et al., Respondents.

Submitted January 8, 1940; decided January 12, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 281 N. Y. 811.)